Anthony V. FRANCIS

v.

Ursulina FRANCIS.

No. 82–127–A.

Supreme Court of Rhode Island.

March 3, 1983.

Robert L. DaCosta Bernard, Warren, for plaintiff.

Joseph M. DiGianfilippo, Woonsocket, for defendant.

ORDER

The defendant's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is granted.

Alicide E. HOULE

v.

DEPARTMENT OF EMPLOYMENT SECURITY BOARD OF REVIEW.

No. 83–63–M.P.

Supreme Court of Rhode Island.

March 3, 1983.

Joseph R. DeCiantis, Providence (Dept. of Employment Security), for respondent.

Richard P. Kelaghan, Providence, for petitioner.

ORDER

The petition for writ of certiorari is denied.